UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE S. WATTS,<br>USP - Lee<br>P.O. Box 305<br>Jonesville, VA 24263,<br><br>        Plaintiff,<br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1955 (RJL)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2006, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Andre Sylvester Watts**, by postage pre-paid mail addressed as follows:

**ANDRE S. WATTS**
**USP - Lee**
**P.O. BOX 305**
**Jonesville, VA 24263**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851