UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1955 (RJL)<br>(ECF) |

DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Federal Bureau of Prisons through and by undersigned counsel, hereby submits this motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint up to and including January 19, 2007. Good cause exists to grant this motion.

As grounds for this motion, defendant state as follows:

1. Defendant's Answer is due December 20, 2006

2. Defendant requires additional time to prepare and file a Response. This extension is needed primarily due to the undersigned counsel's schedule, which includes motion practice in the matter of <u>Luis Humberto Barbosa v. U.S. Department of Justice, et al.</u>, Civil Action No. 06-0867 (CKK), and trial preparation in the matter of <u>Theodore R. Lucas v. Margaret Spelling</u>, Civil Action No. 01-2393 (JMF), in addition to her normal caseload.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.

WHEREFORE, Defendant requests that this extension be granted, and that the date for filing Defendant's Answer or Otherwise Respond to Plaintiff's Complaint be extended up to and including January 19, 2007.

Respectfully submitted,

Dated: December 20, 2006

/s/
JEFFREY A. TAYLOR, DC Bar #498610

/s/
RUDOLPH CONTRERAS, DC Bar #434122

/s/
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 20th day of December 2006, I caused to be served, by first class mail, postage prepaid, a true and correct copy of the above Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

Andrew Sylvester Watts, *pro se*
R13799-083
Lee County United States
Penitentiary
P.O. Box 305
Jonesville, VA 24263-0305

                                             /s/
                                  MERCEDEH MOMENI
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, NW
                                  Washington, DC 20530
                                  Tel: (202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SYLVESTER WATTS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1955 (RJL)<br>(ECF) |

## **ORDER**

UPON CONSIDERATION OF Defendant's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall file it's Answer or Otherwise Respond to Plaintiff's Complaint by January 19, 2007.

_____
UNITED STATES DISTRICT JUDGE