UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB - 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS,

   Petitioner,

v            :  Civil Action No. 06-1955(RJL)
              ECF
FEDERAL BUREAU OF PRISONS, :

   Respondent.    :


### MOTION IN OPPOSITION TO RESPONDENT MOTION TO DISMISS OR IN ALTERNATIVE, SUMMARY JUDGMENT MOTION

 Comes Now ANDRE SYLVESTER WATTS, through and by undersigned Secured Party Creditor, Authorize Representative, Attorney In Fact, Trade Name Owner, Holder In Due Course, Andre Sylvester Watts$^{(c)(R)}$ oppositions the respondent motion for dismissal, or in alternative, summary judgement. In support thereof, the following is submitted:

 On or about January 19, 2007 the respondent move the district court to dismiss the suit, or in alternative, summary judgment.

 The respondent position is that the petitioner is the subject of three (3) strikes and that the suit: writ of mandamus should not be afforded In Forma Pauperis motion to proceed. It has been always been **stare decisiss** to give any petitioner a jury trial in a civil suit. Seventh Amendment of the U.S. Const.

 Additionally, the First Amendment of the U.S. Const. held that a person could

petition the Government with a grievance for redress.

Hence, the Supreme Court in <u>Neitzke v Williams</u>, (1989) 490 US 319 holds that a person seeking to proceed In Forma Pauperis in a civil suit shall have not been dismissed for failure to state a claim, frivolous, malicous or against a defendant who is immune from suit. So the respondent is wrong in its analogy for seeking dismissal, or in alternative, summary judgment of the civil suit at bar.

Moreover, the court held in <u>Ibrahim v District of Columbia</u>, DWLR 2335 (Sept. 8, 2006) that a prisoner civil suit cannot be dismiss under the assumption of the three (3) strikes ideology of the PRISONER LITIGATION REFORM ACT of 1995, since <u>Neitzke v Williams</u>, supra constitutes **Stare Decisiss**.[1] Therefore, the district court should deny the respondent motion for dismissal, or in alternative, summary judgment.

For the foregoing reasons, the district court should grant the motion denying the respondent motion to dismiss, or in alternative, summary judgment.

Date: 1/25/07

Respectfully Submitted

*[signature] Andre Sylvester White (dR)*

Without Prejudice
UCC 1 - 207

---

1. The petitioner has attached a bond for securing the cost to proceed in this civil suit. Therefore, the mandamus should be decided on the merits presented against the respondent for its non-compliance to the FOIA/PA Law. Marschner v Department of State Secretary of State (1979, DC Conn) 470 F.Supp 196. Time limitation are mandatory or even if its to get a answer, if full response to the FOIA/PA.

CERTIFICATE OF SERVICE

I hereby certify that the respondent representative has received the motion of opposition to the respondent motion to dismiss, or in alternative, summary judgment at the below address:

MERCEDEH MOMENI
ASSISTANT UNITED STATES ATTORNEY
555 4th STREET, N.W.
WASHINGTON, D.C. 20530


DEBTOR: ANDRE SYLVESTER WATTS<sup>(c)(R)</sup>

Secured Party Creditor: _Andre Sylvester Watt(c)(R)TM_

UCC 2005150282-9
Priority Exemption No.578909912

Executed __25th__ this day of __January__ 2007.

_Andre Sylvester Watt(c)(R)TM_

Secured Party Creditor
Authorize Representative
Attorney In Fact
Trade Name Owner

Certified Mail/Billing of Lading                         Exemption I.D. # 578909912

70041160000090516897

## SECURITY FOR FEES OR COST
## RULE E (2)(b) BOND

I, *Andre Sylvester Watts*, Andre Sylvester Watts, (c)(R)TM, Secured Party Creditor thus claimant hereby POST this 'BOND' per your title 28 U.S.C. Rule E (2)(b) as 'SECURTITY FOR FEES AND COST' for the CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACTION: 06-1955.

PAY TO ORDER OF : U.S. DISTRICT COURT CLERK
                  FOR THE DISTRICT OF COLUMBIA
                  333 CONSTITUTION AVE, NW
                  WASHINGTON, D.C. 20001

IN THE SUM CERTAIN AMOUNT: Three Hundred Fifty Five Dollars-00/cts US $ 355.00

POSTED THROUGH: Andre Sylvester Watts,(c)(R)TM
                P.O. Box 305
                Jonesville, Va (Near 24263-0305)

SOURCE:    Exemption I.D. # 578909912
           UCC Contract Trust Account # 578909912
           Registration Number. 2005150282-9

In accordance with House Joint Resolution - 192 of June 5, 1933, currently Codified in your Title 31 U.S.C. § 5118(d)(2) and UCC § 3-107(1); 4-101 and 4-214 . Trustee under the bankruptcy of the U.S. is HENRY PAULSON, JR, secretary fo the Treasury Department.

Payable on SIGHT against the above Trust Fund Account and backed by the **FULL FAITH AND CREDIT** of the United States of America, Article IV, Section I of the (u)nited states Constitution.

the (u)nited states of America, Article IV, Section I.

Reservation of all rights of recoupment and reimburstments as a accomodation party, under UCC 3-419(f) and Title 28 U.S.C. § 2042 of the Federal Rule of Civil Procedure, your law.

*Andre Sylvester Watts (c)(R)TM*

Andre Sylvester Watts,(c)(R)TM
Without Recourse UCC § 3-415
Without Prejudice UCC 1 § 207
All Rights Reserved
Attorney In Fact on Behalf of
ANDRE SYLVESTER WATTS.

Certified Mail/Bill of Lading # 70041160000090517897

## SUPPLMENTAL RULES CERTAIN
## ADMIRALITY AND MARITIME CLAIM
## RULE E (7)

I, Andre Sylvester Watts,(c)(R)TM Secured Party Creditor, HEREBY POST this SECURITY ON THE CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT:06-1955(RJL) per Title 28 U.S.C. 2401 and Rule 67 fo the Federal Rules of Civil Procedures.

**PAY TO THE ORDER OF:** U.S. DISTRICT COURT CLERK
333 CONSTITUTION AVE, N.W.
WASHINGTON, D.C. 20001

**IN THE SUM CERTAIN AMOUNT OF:** Ten Billion United States Dollars--100/00cts US $10,000,000,000.00

**Exemption I.D. # 578909912**
**UCC Contract Trust Account #578909912**

**POSTED THROUGH:** Andre Sylvester Watts(c)(R)TM
P.O. Box 305
Jonesville, Va [24263-0305]

This BOND is to be placed in the Courts Registry maintained at the U.S. Treasury Department, per your Title 28 U.S.C. § 2401 and Rule 67 of your Federal Rules of Civil Procedures. This BOND shall have a Priority value in the sum certain amount of $10,000,000,000.00--Ten Billion United States Dollars and Zero Cents. FOr any and all: fees and cost, security associated with the attached 'CIVIL ACTION UNDER THE FEDERAL TORT CLAIM ACT: 06-1955(RJL).

In accord with HOUSE JOINT RESOLUTION-192 of June 5, 1933, currently Codified in your Title 31 U.S.C. 5118(d)(2), UCC § #3-107(1); 4-101; 4-214. Trustee under the Bankruptcy is Henry Paulson, Jr. Secretary fo the U.S. Treasury Department. PAYABLE on SIGHT against mentioned Trust Fund Account and backed by the FULL FAITH & CREDIT of

Autographed on this __25th__ day of __January__ 2007

*Andre Sylvester Watts (c)(R)*
Without Recource UCC § 3-415

*Andre Sylvester Watts (c)(R)*
Andre Sylvester Watts(c)(R)
EIN #578909912