UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SYLVESTER WATTS, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>       Defendant. )<br>_____ ) | Civil Action No. 06-1955 (RJL)<br>(ECF) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERATIVE FOR SUMMARY JUDGMENT

Defendant, Federal Bureau of Prisons through and by undersigned counsel, hereby submits this second motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment up to and including March 12, 2007. Good cause exists to grant this motion.

As grounds for this motion, defendant state as follows:

1.    Defendant's Reply is due February 9, 2007.

2.    Defendant requires additional time to prepare and file a Reply. This extension is needed primarily due to the undersigned counsel's schedule, which includes the start of trial February 5, 2007 until completion in the matter of <u>Theodore Lucas v. Margaret Spelling</u>, Civil Action No. 01-2383 (JMF), motion practice in the matter of <u>Dougherty v. Wynn</u>, Civil Action No. 06-2146 (JMF), and <u>Kemp v. Rice</u>, Civil Action No. 06-1528 (JDB) in addition to her normal caseload.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.

WHEREFORE, Defendant requests that this extension be granted, and that the date for filing Defendant's Reply to Plaintiff's Opposition to Defendants Motion to Dismiss or in the Alternative for Summary Judgment be extended up to and including March 12, 2007.

Respectfully submitted,

Dated: February 5, 2007

JEFFREY A. TAYLOR, DC Bar #498610

RUDOLPH CONTRERAS, DC Bar #434122

MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of February 2007, I caused to be served, by first class mail, postage prepaid, a true and correct copy of the above Defendant's Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

Andrew Sylvester Watts, *pro se*
R13799-083
Lee County United States
Penitentiary
P.O. Box 305
Jonesville, VA 24263-0305

_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SYLVESTER WATTS, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>        Defendant. )<br>_____ ) | Civil Action No. 06-1955 (RJL)<br>(ECF) |

### ORDER

UPON CONSIDERATION OF Defendant's Motion for Extension of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED** that Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall file it's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment by March 12, 2007.

_____
UNITED STATES DISTRICT JUDGE