UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW SYLVESTER WATTS, )<br> )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>FEDERAL BUREAU OF PRISONS, )<br> )<br>  Defendant. )<br> ) | Civil Action No. 06-1955 (RJL)<br>(ECF) |

NOTICE

Upon reflection and review of plaintiff's Opposition to defendant's Motion to Dismiss or in the Alternative for Summary Judgment ("MSJ"), defendant is of the opinion that the issues raised are adequately addressed in defendant's moving papers and no reply is necessary in this Freedom of Information Act ("FOIA") matter. *See* Dkt. Nos. 9 and 10. Specifically, Plaintiff's two-page Opposition to defendant's MSJ only offers vague and general arguments about why "a prisoner's civil suit should not be dismissed" without offering any factual or legal support whatsoever. *See* Dkt. No. 12, at 2. Further, he cites the UCC, the "seventh amendment" and maritime law, all of which are irrelevant to the case at bar. *Id.* Insofar as plaintiff may be arguing that his case should not be *dismissed* due to his failure to pay filing fees, defendant has offered no such argument, but rather requested that the proceedings should be *stayed*, pending full payment by plaintiff. MSJ at 1.

Dated April 23, 2007.

                                                Respectfully submitted,

                                                /s/
                                    JEFFREY A. TAYLOR, DC Bar #498610

                                                /s/
                                    RUDOLPH CONTRERAS, DC Bar #434122

                                                /s/
                                    MERCEDEH MOMENI
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, NW
                                    Washington, DC 20530
                                    Tel: (202) 305-4851

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2007, I caused to be served, by first class mail, postage prepaid, a true and correct copy of the above Defendant's Notice to:

Andrew Sylvester Watts, *pro se*
R13799-083
Lee County United States
Penitentiary
P.O. Box 305
Jonesville, VA 24263-0305

                                                   /s/
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
Tel: (202) 305-4851