UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDRE SYLVESTER WATTS, )
)
Plaintiff, )
)
v. )  Civil Action No. 06-1955 (RJL)
)
FEDERAL BUREAU OF PRISONS, )
)
Defendants. )

## DISMISSAL ORDER

It is hereby

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to pay in full the $350 filing fee within the time period set forth in the Court's May 24, 2007 Order. All pending motions are denied without prejudice.

SO ORDERED.

RICHARD J. LEON
United States District Judge

Date: 6/30/07

