## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andre Sylvester Watts )<br>)<br>)<br>Petitioner )<br>v. )<br>Federal Bureau of Prisons )<br>)<br>Respondent )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 06-1955 (RJL) |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Special Assistant United States Attorney Jonathan Brumer as counsel of record for Defendant in the above-captioned case.

Dated: January 28 2008                Respectfully submitted,

                                            /s/ Raymond A. Martinez
                                       Raymond A. Martinez
                                       Special Assistant United States Attorney
                                       555 Fourth St., N.W.
                                       Washington, D.C. 20530
                                       Phone: (202) 514-9150
                                       Fax: (202) 514-8780
                                       Raymond.Martinez2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of January I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's **Andre Sylvester Watts**, via first class, postage pre-paid mail, addressed as follows:


Andre Sylvester Watts
R13799-083
Lee County United States
Penitentiary
P.O. Box 305
Jonesville, VA 24263-0305
.

                                                /s/   Raymond A. Martinez
                                                  Raymond A. Martinez